

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00012-CV

Pradyumna **MUMMADY**, M.D.,
Appellant

v.

Zulema **CABRERA**, Individually and on Behalf of the Estate of David Cabrera, Deceased,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2020CVB-000897D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order denying appellant's motion to dismiss is AFFIRMED. Appellees are awarded the costs they incurred related to this appeal.

SIGNED August 25, 2021.

_____
Lori I. Valenzuela, Justice